**SilvermanAcampora LLP**
Attorneys for Iliad Research and Trading, L.P.
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Anthony C. Acampora
Ronald J. Friedman

**UNITED STATES BANKRPUTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ROBERT FRANCIS XAVIER SILLERMAN aka ROBERT F.X. SILLERMAN, aka ROBERT F. SILLERMAN, aka ROBERT X. SILLERMAN, | Case No. 17-13633 (MKV) |
| Debtor. | |
| ILIAD RESEARCH AND TRADING, L.P., a Utah limited partnership, | Adv. Pro. No. 19-01119 (MKV) |
| Plaintiff, | |
| vs. | |
| ROBERT FRANCIS XAVIER SILLERMAN aka ROBERT F.X. SILLERMAN, aka ROBERT F. SILLERMAN, aka ROBERT X. SILLERMAN, an individual, | |
| Defendant. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
                           ) ss.:
COUNTY OF NASSAU )

I, **SHEREE B. KING,** being duly sworn, depose and say that: I am not a party to this action, am over 18 years of age and am employed by SilvermanAcampora LLP.

On April 22, 2019, deponent served the within ***Summons and Notice of Pretrial Conference in an Adversary Proceeding and Complaint with Supporting Exhibits*** to the address(es) listed, said address(es) designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**TO**:   Robert Francis Xavier Sillerman
a/k/a Robert F.X. Sillerman
a/k/a Robert F. Sillerman
a/k/a Robert X. Sillerman
**151 East 72nd Street
New York, New York  10021**

Rosen & Associates, P.C.
747 Third Avenue
New York, NY  10017-2803
Attention:  Laurie Binder, Esq.
    Sanford Philip Rosen, Esq.

                                              s/SHEREE B. KING
                                              SHEREE B. KING

| | |
|---|---|
| Sworn to before me this | JUSTIN KRELL |
| 22ND day of April, 2019 | NOTARY PUBLIC, State of New York |
| | No.02KR6180262 |
| *s/Justin Krell* | Qualified in Nassau County |
| Notary Public | Commission Expires January 7, 2020 |

2