ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Jeffrey Traurig
Email*:* jtraurig@archerlaw.com

*Special Litigation Counsel for Howard P. Magaliff*
*Chapter 7 Trustee of Allways East Transportation, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 7 |
| ALLWAYS EAST TRANSPORTATION, INC., | Case No. 16-22589 (RDD) |
| Debtor. | |

------------------------------------------------------------------x

| | |
|---|---|
| HOWARD P. MAGALIFF, Chapter 7 Trustee of ALLWAYS EAST TRANSPORTATION, INC., | Adv. Pro. No. 19-08272 (RDD) |
| Plaintiff, | |
| v. | |
| MARLAINA KOLLER a/k/a MARLAINA CROES and PHOENIX TRANSPORTATION SERVICES, INC., | |
| Defendants. | |

------------------------------------------------------------------x

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties herein, that:

1. Defendants Marlaina Koller a/k/a Marlaina Croes and Phoenix Transportation Services, Inc. (together, the "**Defendants**") time to answer, move or otherwise respond to the Complaint filed by plaintiff Howard P. Magaliff, as Chapter 7 Trustee of Allways East

Transportation, Inc. (the "**Trustee**"), on June 28, 2019 [Docket No. 1] shall be and hereby is extended to and including September 10, 2019;

2.	The Defendants have accepted and do not contest service of the Complaint commencing the above-captioned adversary proceeding and the summons served therewith; and

3.	This Stipulation may be signed in counterparts and a facsimile copy shall be as good as the original.

| | |
|---|---|
| Dated: July 26, 2019 | Dated: July 26, 2019 |
| **ARCHER & GREINER, P.C.** | **ROSEN & ASSOCIATES, P.C.** |
| By: /s/ Jeffrey Traurig<br>Jeffrey Traurig<br>Gerard DiConza<br>630 Third Ave., 7th Floor<br>New York, NY 10017<br>Telephone: (212) 682-4940<br><br>*Attorneys for Plaintiff Howard P. Magaliff, as Chapter 7 Trustee of Allways East Transportation, Inc.* | By: /s/ Yong Hyun Ryu<br>Yong Hyun Ryu, Esq.<br>747 Third Ave., 20th Floor<br>New York, NY 10017<br>Telephone: (212) 223-1100<br><br>*Attorneys for Defendants Marlaina Koller a/k/a Marlaina Croes and Phoenix Transportation Services, Inc.* |