**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Robert Francis Xavier Sillerman<br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman,<br><br>                Debtor. | Chapter 11<br><br>Case No. 17-13633 (MKV) |
| Iliad Research and Trading, L.P., a Utah limited partnership,<br><br>                Plaintiff,<br>v.<br><br>Robert Francis Xavier Sillerman<br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman, an individual,<br><br>                Defendant. | Adv. Proc. No. 19-01119 (MKV) |

## **CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned, under penalty of perjury, hereby certifies as follows:

I am over 18 years of age, reside in New York, New York and am not a party to this proceeding.

On July 2, 2019, I served the *Notice of Adjournment of Pretrial Conference* [Adv. Proc. No. 19-01119, Doc. No. 11] upon the parties whose names and email addresses are set forth on the service list annexed hereto by emailing the notice to such parties at their respective email addresses.

Dated:  New York, New York
          July 3, 2019

                                                        By: _____
                                                              Paris Gyparakis

**Service List**

Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014-9449
Attn: Richard C. Morrissey, Esq.
Email: richard.morrissey@usdoj.gov

Meyer, Suozzi, English & Klein, P.C,
990 Stewart Avenue
Garden City, NY 11530-9194
Attn: Howard B. Kleinberg, Esq.
Email: hkleinberg@msek.com

Robinson & Cole LLP
Attorneys for Barton Gullong
280 Trumbull Street
Hartford, CT 06103-3597
Attn: Michael R. Enright, Esq.
Email: menright@rc.com

Sullivan & Cromwell LLP
Attorneys for ESFX Holdings LLC
125 Broad Street
New York, NY 10004-2498
Attn.: Brian D. Glueckstein, Esq.
Email: gluecksb@sullcrom.com

Vedder Price P.C.
Attorneys for React Presents, Inc., Clubtix,
 Inc., LucasKing, and Jeffrey Callahan
222 North LaSalle Street
Chicago, IL 60601
Attn: Michael M. Eidelman, Esq.
Email: meidelman@vedderprice.com
       mjedelman@vedderprice.com

Reid Collins & Tsai LLP
Attorneys for Dean Ziehl, as Litigation
Trustee of SFX Litigation Trust
810 Seventh Avenue, Suite 410
New York, NY 10019
Attn: Yonah Jaffe, Esq.
Email: yjaffe@rctlegal.com

Willkie Farr & Gallagher LLP
Attorneys for ID Wheel (FL) LLC and
 IDrive Mezz Lender (FL) LLC
787 Seventh Avenue
New York, NY 10019
Attn: Alan J. Lipkin, Esq.
Email: alipkin@willkie.com

Seward & Kissel LLP
Attorneys for Deutsche Bank Trust
 Company Americas
One Battery Park Plaza
New York, NY 10004
Attn: John R. Ashmead, Esq.
Email: ashmead@sewkis.com

Lowenstein Sandler LLP
Attorneys for Guevoura Fund Ltd.
One Lowenstein Drive
Roseland, NJ 07068
Attn: Michael S. Etkin, Esq.
Email: metkin@lowenstein.com
       golivera@lowenstein.com

Kozeny & McCubbin, L.C. LLC
Attorneys for Toyota Motor Credit
 Corporation
12400 Olive Blvd., Ste 555
St. Louis, MO 63141
Attn: Sabita Hajaree Ramsaran, Esq.
Email: shramsaran@km-law.com
       wkozeny@km-law.com

Latham & Watkins LLP
Attorneys for Ryan Seacrest
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Attn: Jeffrey E. Bjork, Esq.
  Adam E. Malatesta, Esq.
Email: adam.malatesta@lw.com

Ted A. Berkowitz, Esq.
Office of the New York State Attorney
General Counsel to NYS Dept. of Taxation
 and Finance
28 Liberty Street, 17th Floor
New York, NY 10005
Email: tberkowitz@moritthock.com

Pillsbury Winthrop Shaw Pittman LLP
Attorneys for ECN Aviation Inc. f/k/a
Element Aviation Inc.
1540 Broadway
New York, NY 10036
Attn: Leo T. Crowley, Esq.
Email: leo.crowley@pillsburylaw.com

Enid Nagler Stuart
Assistant Attorney General
Special Bankruptcy Counsel
Office of the New York State
 Attorney General
28 Liberty Street, 17th Floor
New York, NY 10005
Email: enid.stuart@ag.ny.gov

Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Attn: Thomas Slome, Esq.
  Jil Mazer-Marino, Esq.
Email: tslome@CullenandDykman.com
   jmazermarino@cullenanddykman.com