**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Robert Francis Xavier Sillerman<br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman,<br><br>     Debtor. | Chapter 11<br><br>Case No. 17-13633 (MKV) |
| Iliad Research and Trading, L.P., a Utah limited partnership,<br><br>     Plaintiff,<br><br>v.<br><br>Robert Francis Xavier Sillerman<br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman, an individual,<br><br>     Defendant. | Adv. Proc. No. 19-01119 (MKV) |

## CERTIFICATE OF ELECTRONIC SERVICE

Paris Gyparakis, under penalties of perjury, hereby certifies as follows:

  I am over 18 years of age, reside in New York, New York and am not a party to this proceeding.

  On July 2 and 3, 2019, I served the *Notice of Adjournment of Pretrial Conference* [Adv. Proc. No. 19-01119, Doc. No. 11] upon the parties whose names and email addresses are set forth on the service list annexed hereto by emailing the notice to such parties at their respective email addresses.

Dated: New York, New York
   July 8, 2019

                     /s/ Paris Gyparakis
                     Paris Gyparakis

Service List

Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014-9449
Attn: Richard C. Morrissey, Esq.
Email: richard.morrissey@usdoj.gov

Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Attn:  Jil Mazer-Marino, Esq.
          Thomas Slome, Esq.
Email: jmazermarino@cullenanddykman.com
         tslome@cullenanddykman.com

Robinson & Cole LLP
Attorneys for Barton Gullong
280 Trumbull Street
Hartford, CT 06103-3597
Attn: Michael R. Enright, Esq.
Email: menright@rc.com

Sullivan & Cromwell LLP
Attorneys for ESFX Holdings LLC
125 Broad Street
New York, NY 10004-2498
Attn.: Brian D. Glueckstein, Esq.
Email: gluecksb@sullcrom.com

Vedder Price P.C.
Attorneys for React Presents, Inc., Clubtix,
  Inc., LucasKing, and Jeffrey Callahan
222 North LaSalle Street
Chicago, IL 60601
Attn: Michael M. Eidelman, Esq.
Email: meidelman@vedderprice.com
         mjedelman@vedderprice.com

Reid Collins & Tsai LLP
Attorneys for Dean Ziehl, as Litigation
Trustee of SFX Litigation Trust
810 Seventh Avenue, Suite 410
New York, NY 10019
Attn: Yonah Jaffe, Esq.
Email: yjaffe@rctlegal.com

Willkie Farr & Gallagher LLP
Attorneys for ID Wheel (FL) LLC and
  IDrive Mezz Lender (FL) LLC
787 Seventh Avenue
New York, NY 10019
Attn: Alan J. Lipkin, Esq.
Email: alipkin@willkie.com

Seward & Kissel LLP
Attorneys for Deutsche Bank Trust Co.
One Battery Park Plaza
New York, NY 10004
Attn: John R. Ashmead, Esq.
Email: ashmead@sewkis.com

Lowenstein Sandler LLP
Attorneys for Guevoura Fund Ltd.
One Lowenstein Drive
Roseland, NJ 07068
Attn: Michael S. Etkin, Esq.
Email: metkin@lowenstein.com
         golivera@lowenstein.com

Kozeny & McCubbin, L.C. LLC
Attorneys for Toyota Motor Credit
  Corporation
12400 Olive Blvd., Ste 555
St. Louis, MO 63141
Attn: Sabita Hajaree Ramsaran, Esq.
Email: shramsaran@km-law.com

Latham & Watkins LLP
Attorneys for Ryan Seacrest
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Attn: Jeffrey E. Bjork, Esq.
  Adam E. Malatesta, Esq.
Email: adam.malatesta@lw.com

Office of the New York State Attorney
General Counsel to NYS Dept. of Taxation
 and Finance
28 Liberty Street, 17th Floor
New York, NY 10005
Attn: Ted A. Berkowitz, Esq.
Email: tberkowitz@moritthock.com

Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue
Garden City, NY 11530-9194
Attn: Howard B. Kleinberg, Esq.
Email: hkleinberg@msek.com

Pillsbury Winthrop Shaw Pittman LLP
Attorneys for ECN Aviation Inc. f/k/a
 Element Aviation Inc.
1540 Broadway
New York, NY 10036
Attn: Leo T. Crowley, Esq.
Email: leo.crowley@pillsburylaw.com

Enid Nagler Stuart
Assistant Attorney General
Special Bankruptcy Counsel
Office of the New York State
 Attorney General
28 Liberty Street, 17th Floor
New York, NY 10005
Email: enid.stuart@ag.ny.gov