ROSEN & ASSOCIATES, P.C.
Attorneys for Defendant
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Robert Francis Xavier Sillerman<br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 17-13633 (MKV) |
| Iliad Research and Trading, L.P., a<br>Utah limited partnership,<br><br>                              Plaintiff,<br><br>v.<br><br>Robert Francis Xavier Sillerman<br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman, an individual,<br><br>                              Defendant. | Adv. Proc. No. 19-01119 (MKV) |

**CERTIFICATE OF SERVICE OF**
**ANSWER TO COMPLAINT**

The undersigned, under penalty of perjury, hereby certifies as follows:

I am over 18 years of age, reside in Bronx, New York and I am not a party to this proceeding.

On July 8, 2019, I served the Answer to Complaint (Docket No. 13), upon the parties whose names and addresses are set forth on the service list annexed hereto, by regular first-class mail by depositing true copies of the same in post-paid, properly addressed wrappers

in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
        July 8, 2019

                                              /s/ Carrie L. Manganiello
                                                Carrie L. Manganiello

**Service List**

Silverman Acampora LLP
Attorneys for Iliad Research
 and Trading, L.P.
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Attn: Anthony C. Acampora, Esq.
    Ronald J. Friedman, Esq.

Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014-9449
Attn: Richard C. Morrissey, Esq.

Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Attn: Thomas R. Slome, Esq.

Robinson & Cole LLP
Attorneys for Barton Gullong
280 Trumbull Street
Hartford, CT 06103-3597
Attn: Michael R. Enright, Esq.

Fried Frank
One New York Plaza
New York, NY 10004

Golenbock Eisman Assor Bell
 & Peskoe, LLP
Attorneys for John Howard
711 Third Ave
New York, NY 10017
Attn: Andrew Peskoe, Esq.

Mitchell J. Slater
c/o Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Attn: Matthew Solum, P.C.

Sullivan & Cromwell LLP
Attorneys for ESFX Holdings LLC
125 Broad Street
New York, NY 10004-2498
Attn.: Brian D. Glueckstein, Esq.

Vedder Price P.C.
Attorneys for React Presents, Inc., Clubtix,
 Inc., LucasKing, and Jeffrey Callahan
222 North LaSalle Street
Chicago, IL 60601
Attn: Michael M. Eidelman, Esq.

Vedder Price P.C.
Attorneys for React Presents, Inc., Clubtix,
 Inc., Lucas King, and Jeffrey Callahan
222 North LaSalle Street
Chicago, IL 60601
Attn: James V. Garvey, Esq.

Reid Collins & Tsai LLP
Attorneys for Dean Ziehl, as Litigation
Trustee of SFX Litigation Trust
810 Seventh Avenue, Suite 410
New York, NY 10019
Attn: Yonah Jaffe, Esq.

Willkie Farr & Gallagher LLP
Attorneys for ID Wheel (FL) LLC and
 IDrive Mezz Lender (FL) LLC
787 Seventh Avenue
New York, NY 10019
Attn: Alan J. Lipkin, Esq.
    James H. Burbage, Esq.

Seward & Kissel LLP
Attorneys for Deutsche Bank Trust
 Company Americas
One Battery Park Plaza
New York, NY 10004
Attn: John R. Ashmead, Esq.
    Catherine V. LoTempio, Esq.

Lowenstein Sandler LLP  
Attorneys for Guevoura Fund Ltd.  
One Lowenstein Drive  
Roseland, NJ 07068  
Attn: Michael S. Etkin, Esq.  
     Gabriel L. Olivera, Esq.

Kozeny & McCubbin, L.C. LLC  
Attorneys for Toyota Motor Credit  
 Corporation  
12400 Olive Blvd., Ste 555  
St. Louis, MO 63141  
Attn: Sabita Hajaree Ramsaran, Esq.

Kozeny & McCubbin, L.C. LLC  
Attorneys for Toyota Motor Credit  
 Corporation  
12400 Olive Blvd., Ste 555  
St. Louis, MO 63141  
Attn: Wesley T. Kozeny, Esq.

Latham & Watkins LLP  
Attorneys for Ryan Seacrest  
355 South Grand Avenue, Suite 100  
Los Angeles, CA 90071  
Attn: Jeffrey E. Bjork, Esq.  
     Adam E. Malatesta, Esq.

Leo V. Gagion, Esq.  
Office of the New York State  
 Attorney General  
Counsel to NYS Dept. of Taxation  
 and Finance  
28 Liberty Street, 17th Floor  
New York, NY 10005

U.S. Securities and Exchange Commission  
Brookfield Place  
200 Vesey Street. Suite 400  
New York, NY 10281  
Attn: Patricia Schrage

Pillsbury Winthrop Shaw Pittman LLP  
Attorneys for ECN Aviation Inc.  
 f/k/a Eleent Aviation Inc.  
1540 Brodway  
New York, NY 10036  
Attn: Leo T. Crowley, Esq.  
     David S. Forsh, Esq.

Hinckley, Allen & Snyder LLP  
Attorneys for VistaJet US, Inc.  
30 South Pearl Street, Suite 901  
Albany, New York 12207  
Attn: Christopher V. Fenlon, Esq.

Izower Feldman, LLP  
Attorneys for OPW and Brett Torino  
1325 Franlin Avenue, Suite 255  
Garden Ciy, New York 11530  
Attn: Ronald D. Lefton, Esq.

Archer & Greiner, P.C.  
Attorneys for OPW and Brett Torino  
630 Third Avenue  
New York, New York 10017  
Attn: Allen G. Kadish, Esq.

Abbey Spanier, LLP  
Attorneys for Andrew Mule, et al.  
212 East 39 St.  
New York, NY 10016  
Attn: A. Abbey, S. Rodd, N. Kaboolian

Robert F.X. Sillerman  
352 Plain Road  
Hinsdale, NH 03451

Meyer, Suozzi, English & Klein, P.C.  
990 Stewart Avenue, Suite 300  
P.O. Box 9194  
Garden City, NY 11530  
Attn: Howard B. Kleinberg, Esq.