UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Robert Francis Xavier Sillerman<br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman,<br><br>                Debtor. | Chapter 11<br><br>Case No. 17-13633 (MKV) |
| Iliad Research and Trading, L.P., a Utah limited partnership,<br><br>                Plaintiff,<br><br>v.<br><br>Robert Francis Xavier Sillerman<br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman, an individual,<br><br>                Defendant. | Adv. Proc. No. 19-01119 (MKV) |

## NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pretrial conference in the above-captioned adversary proceeding, originally scheduled for August 7, 2019 at 10:00 a.m. has been adjourned to **August 7, 2019 at 11:00 a.m. (prevailing Eastern Time)** before the Honorable Mary Kay Vyskocil, United States Bankruptcy Judge, in Courtroom 501 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004.

*[signature page follows]*

Dated: New York, New York
August 5, 2019

      **ROSEN & ASSOCIATES, P.C.**
*Counsel to the Defendant*

By: _____
     Paris Gyparakis

747 Third Avenue
New York, NY 10017-2803
(212) 223-1100