**ROSEN & ASSOCIATES, P.C.**
*Counsel to the Defendant*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen
Paris Gyparakis

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Robert Francis Xavier Sillerman<br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman,<br><br>                                Debtor. | Chapter 11<br><br>Case No. 17-13633 (MKV) |
| Iliad Research and Trading, L.P., a<br>Utah limited partnership,<br><br>                                Plaintiff,<br><br>v.<br><br>Robert Francis Xavier Sillerman<br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman, an individual,<br><br>                                Defendant. | Adv. Proc. No. 19-01119 (MKV) |

## AMENDED ANSWER TO COMPLAINT

        Robert F.X. Sillerman aka Robert F. Sillerman, aka Robert X. Sillerman (the "**Defendant**"),[1] by his attorneys, Rosen & Associates, P.C., hereby submits this amended answer to the complaint dated April 18, 2019 (the "**Complaint**"),[2] filed by Iliad Research and Trading, L.P., a Utah limited partnership, and submits as follows:

---

[1] The Defendant has never been known as Robert Francis Xavier Sillerman.
[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to them in the Complaint.

1. The Defendant re-alleges and incorporates by reference herein each and every response contained in paragraphs 1 through 27 of his *Answer to Complaint* [Adv. Proc. Doc. No. 13] with the same force and effect as though fully set forth herein.

2. Pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, the Defendant consents to the entry of final orders or judgment by the bankruptcy court in the within adversary proceeding.

Dated: New York, New York
      August 8, 2019

      **ROSEN & ASSOCIATES, P.C.**
      *Counsel to the Defendant*

      By: /s/ Sanford P. Rosen
          Sanford P. Rosen

      747 Third Avenue
      New York, NY 10017-2803
      (212) 223-1100